(October 22, 1900.)

## TANNAHILL v. JOHNSON.

[62 Pac. 1116.]

This case in all respects like the case of *Ponting v. Isaman,* ante, p. 279, and the syllabus in that case applies to this case in every particular.

APPEAL from District Court, Nez Perces County.

B. F. Tweedy and James W. Reid, for Appellant.

Brief filed in *Ponting v. Isaman* applies to this case.

E. O'Neill and Miles S. Johnson, for Respondent.

This case, following the decision in case of *Ponting v. Isaman,* the brief filed in that case applied to this.

Per CURIAM.—This proceeding is similar in all respects to that in the case of *Ponting v. Isaman,* ante, p. 283 (decided by this court at the present term), 62 Pac. 680, and is in the same condition in all respects. What we said in the last-named case applies here, and is decisive of this appeal, for which reasons the judgment appealed from is reversed, and this proceeding remanded to the district court, with directions to proceed herein in the same manner in all respects as directed in the opinion in the case of *Ponting v. Isaman, supra.* Costs of appeal awarded to appellant.